```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
```

CAROLINA CASUALTY INSURANCE )
COMPANY,                    )
                            )
            Plaintiff,      )
                            )
      v.                    )     No. 12 C 6838
                            )
ABS FREIGHT TRANSPORTATION, )
INC., et al.,               )
                            )
            Defendants.     )

## MEMORANDUM ORDER

New counsel for codefendant Great American Insurance Group has just filed its Amended Answer ("Answer") to the declaratory judgment Complaint filed by Carolina Casualty Insurance Company ("Carolina Casualty"). This memorandum is issued sua sponte because of a question posed by one aspect of that Answer.

Answer ¶15 has denied without explanation the allegation that this Court has subject matter jurisdiction over this action. Counsel must supplement the Answer to reflect the basis for that denial, whether because Carolina Casualty has named the wrong party defendant or otherwise.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 15, 2012